# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ASHLEY NICOLE REESE

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:07-cr-70-J-20MCR
USM NUMBER:    70864-004

Defendant's Attorney:   James H. Burke, Jr. (pda)

**THE DEFENDANT:**

_X_ admitted guilt to violation of charge numbers _One_ of the term of supervision.

_X_ was found in violation of charge numbers _Two through Six_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, making threats while on supervision. | August 2007 |
| Two | Failure to follow instructions of the probation officer. | May 2008 |
| Three | Failure to work regularly at a lawful occupation. | May 2008 |
| Four | Failure to notify the probation officer of change in employment. | May 2008 |
| Five | Failure to participate in mental health counseling. | June 2008 |
| Six | Failure to complete community service. | June 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:   October 28, 2008

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE:   October 28, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: ASHLEY NICOLE REESE | Judgment - Page 2 of 2 |
| Case No.: 3:07-cr-70-J-20MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and one (1) day.**

    __X__    The Court makes the following recommendations to the Bureau of Prisons:
             **FCI Danberry, CT.**

    __X__    The defendant is remanded to the custody of the United States Marshal.

    _____    The defendant shall surrender to the United States Marshal for this district:

           ___ at _____ a.m.    p.m.    on _____.

           ___ as notified by the United States Marshal.

    _____    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

           ___ before 2 p.m. on _____.

           ___ as notified by the United States Marshal.

           ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                                          UNITED STATES MARSHAL

                     By _____
                                       DEPUTY UNITED STATES MARSHAL